UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

RICHARD RIVERA, LINDA MCLAUGHLIN, MELANIE Y. TREADWELL DONAHUE, MARTHA GARCIA, GIOVANNA GANGEMI, LAURA ORR, VERA DANIELS, ANN HAMILTON O'REILLY, MARIELANA DIDOMENICO LATOSA, CYNTHIA GONZALEZ, ANNA BIRARDI, NICOLE GARCIA, ROSE BISCONTI-GERMANI, RUBY INGRAM, JOHN MARCHETTA, MEENA MAKHIJANI, ALBA RODRIGUEZ, ROXANNE HARTFIELD, CLETANE "CLEO" BAZILE, LINDA SUNDACK, KARINA ULLAH, KENNETH DEFAY, LYNDA ANN ZELL, ARLENE MACK, MYRA DELESTON, MINNIE KAPOOR, JACQUELINE MORRIS, LINDA DIASPARRA, MAX PIERROT, MARY MARGARET SENTENO-JOSEPH, JOYCE SMIRMAN-JOHNSON, GLORIA JEANNITON, JENI D. RYMER, MIGDALIA CEPEDA, HERMIA CHANG, GISELLE CARSENI-HAVITERS, ANNA MARIA CUPIDO, LORNA FARRINGTON, BERDETTE THOMPSON, HUIWUANG "KATY" WANG, JAVIER LOPEZ, CARLENE BOYD, JANNIE SALCE, LORRAINE TITLEY, MARIA G. MONTALVO, LEIGH SHAFFER, and ANNA HERRERA,

                          Plaintiffs,

                          v.

COMMUNICATION WORKERS OF AMERICA, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, COMMUNICATION WORKERS OF AMERICA–INTERNATIONAL BROTHERHOOD OF TEAMSTERS PASSENGER SERVICE EMPLOYEES ASSOCIATION, a/k/a CWA-IBT ASSOCIATION, and JOHN AND JANE DOES 1–20,

                          Defendants.

------------------------------------------------------------------

NOT FOR PUBLICATION

**ORDER**
16-CV-1673 (MKB)

MARGO K. BRODIE, United States District Judge:

Plaintiffs, proceeding *pro se*, filed the above-captioned action against the Communication Workers of America ("CWA"), International Brotherhood of Teamsters ("IBT"), Communication Workers of America–International Brotherhood of Teamsters Passenger Service Employees Association a/k/a CWA–IBT Association (the "CWA–IBT Association"), and John and Jane Does 1–20, alleging breach of the duty of fair representation under the Railway Labor Act, 45 U.S.C. § 151 *et seq.*, and federal common law. (Compl., Docket Entry No. 1.) Plaintiffs filed an Amended Complaint on December 28, 2017. (Am. Compl., Docket Entry No. 99.) On April 11, 2018, Defendants filed a motion to dismiss Plaintiffs' Amended Complaint. (Defs. Mot. to Dismiss ("Def. Mot."), Docket Entry No. 103.) By Memorandum and Order dated December 18, 2018, the Court dismissed the Amended Complaint for failure to state a claim, and granted Plaintiffs leave to file a second amended complaint within sixty (60) days (the "December 2018 Decision"). (December 2018 Decision 14, Docket Entry No. 104.) On February 15, 2019, Plaintiff Richard Rivera filed a letter with the Court indicating that he did not anticipate filing a second amended complaint. (Pl. Ltr. dated Feb. 15, 2019, Docket Entry No. 105.) Although it is unclear whether Rivera filed the letter on behalf of all Plaintiffs, even assuming that he did not, more than sixty days have passed and no Plaintiff has filed a second amended complaint.

Accordingly, for the reasons set forth in the December 2018 Decision, the Court dismisses the action. The Court directs the Clerk of Court to enter judgment and close this case.

Dated: May 1, 2019
      Brooklyn, New York

                                        SO ORDERED:

                                            s/ MKB
                                        MARGO K. BRODIE
                                        United States District Judge